**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-CV-02869-WJM-MEH

LISA FUCCO,
an individual,

Plaintiff.

v.

KIDSCARE THERAPY OF COLORADO, LLC D/B/A KIDSCARE HOME HEALTH,
a Texas limited liability corporation.

Defendant.

_____

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

_____

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lisa Fuoco and Defendant KidsCare Therapy of Colorado, LLC d/b/a KidsCare Home Health, stipulate to this dismissal with prejudice of the above-captioned action and all claims, causes of action, parties, and defenses, with each party responsible for her or its own attorneys' fees and costs.

Dated: November 2, 2022.


Respectfully submitted,

*/s/ Thomas H. Mitchiner*
Thomas H. Mitchiner
Mitchiner Law, LLC
1240 S. Parker Rd. Suite 103
Denver, CO 80231
Ph.# 720-538-0371
Email: tmitchiner@mitchinerlawllc.com

*/s/ Steven Murray*
Steven Murray
Murray Law, LLC
3900 E. Mexico Ave. Suite 300
Denver, CO 80203
Ph.# 303-396-9952
Email: Steven@smurraylaw.com

*Plaintiff's Counsel*

*/s/ Jake Lewis*
Jake Lewis
Michael C. Kelsheimer
Gray Reed & McGraw LLP
1601 Elm St., Suite 4600
Dallas, TX 75201
Ph# 469-320-6186
Email: mkelsheimer@grayreed.com
Email: jlewis@grayreed.com

*Defendant's Counsel*

## CERTIFICATE OF SERVICE

I certify that on November 2, 2022, I electronically filed the foregoing using the court's CM/ECF system which will send notification of such filing to Defendant's attorneys below:

Michael C. Kelsheimer
Jake Lewis
Gray Reed & McGraw LLP
1601 Elm St., Suite 4600
Dallas, TX 75201
mkelsheimer@grayreed.com
jlewis@grayreed.com

*/s/ Steven L. Murray*
Steven L. Murray